SARA M. GRANDA
1515 Valdora St #801
Davis, CA 95618
(530) 400-9752
Email: smgranda@gmail.com

IN PRO SE

**FILED**

JUL 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA M. GRANDA,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA,<br><br>Defendant. | NO. 2 0 9 - CV 2 0 1 5 JAm KJM PS<br><br>**COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990**<br><br>**DEMAND FOR JURY TRIAL** |

INTRODUCTION

1.    This action for injunctive and other relief is brought under the Americans With Disabilities Act

("ADA"), 42 U.S.C.§ 12101 et. seq.  Plaintiff, a quadriplegic person who cannot move her hands or feet nor breathe

on her own but is dependent on an artificial respirator and wheelchair, seeks to take the California Bar Examination

scheduled for July 28, 2009.   Despite the fact that plaintiff has properly paid the registration fees and has obtained

the requested accommodations to take the California Bar Examination beginning on July 28, 2009, the defendant,

The State Bar of California, which administers the test, has denied plaintiff's request for verification that she is

registered for the exam and has violated the ADA in the inaccessible way it administers its registration process for

the examination for persons with disabilities.  This action is brought to obtain a temporary restraining order and

preliminary injunction requiring that The State Bar of California permit plaintiff to take the Bar Examination

beginning on July 28, 2009 with the already-approved disability accommodations.

COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT
INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990

- 1 –

## THE PARTIES

2.     Plaintiff SARA GRANDA is an individual who was involved in a major automobile accident in 1997, when the car she was driving suffered a mechanical failure and rolled over leaving her completely paralyzed from the neck down and unable to breathe on her own.  She has a spinal cord injury at the level of the C2 vertebra similar to the one Christopher Reeves had and requires a skilled nurse 24 hours a day, 365 days a year.  Plaintiff is unable to breathe on her own, cannot move any portion of her body except her head and is respirator and wheelchair dependent.

3.     Defendant the State Bar of California is an entity that offers and administers the California Bar Examination.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction of this action pursuant to 28 USC § 1331 for violations of the Americans with Disabilities Act of 1990, 42 USC § 12101 et seq.

5.     Venue is proper in this Court pursuant to 28 USC §1391(b) and is founded on the fact that the location where Plaintiff experienced her discrimination is located in this District and that Plaintiff's claims for relief arose in this district.

## BACKGROUND

6.     Despite her disabilities, plaintiff was able to graduate from the King Hall School of Law at the University of California, Davis in May 2009.  During her education, the university made accommodations for classes and for tests. They provided for her a scribe for dictation, a wheelchair-accessible table, double time for examinations, longer breaks between examinations and a private room due to dictation.  They also facilitated accessible web pages and appropriate software.

7.     Since graduating from UC Davis, plaintiff has devoted considerable time studying to take the Bar Examination scheduled for July 28, 2009 so that Plaintiff can practice law in the State of California.  The State of California through the Department of Rehabilitation has spent thousands of dollars paying for plaintiff's BARBRI and other preparation courses in order to prepare her for the exam with the goal of taking the exam on July 28, 2009.

COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT
INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990

1  Plaintiff has also invested her own resources to make sure her nurses who work 24 hours, seven days a week have

2  been paid and have assisted her in the preparation for the California Bar Examination.

3       9.       In early April 2009, plaintiff spoke with a representative of the State Bar concerning her need for

4  accommodation due to her disability and a payment of the registration fees through the Department of Rehabilitation

5  and was told that her accommodations were approved.  Subsequently she received a letter dated April 23, 2009

6  (copy attached) confirming that The State Bar of California had accepted the accommodations.  One and a half

7  months prior to April 23, 2009, or about March 5, 2009, plaintiff's fees for the July bar exam had been paid by the

8  California Department of Rehabilitation.  See attached copy.  In the letter of April 23, 2009, the State Bar directed

9  plaintiff to its webpage for submission of an examination application no later than June 15, 2009.  Thereafter and

10  prior to June 15, 2009, plaintiff utilized the defendant's webpage to submit an examination application.  Plaintiff

11  supplied all requested information to the defendant for the examination application via the webpage with the

12  exception of a credit card number for payment of the examination fee.  The webpage means of submitting the

13  required examination application is not designed or is appropriate or individuals with disabilities whose bar

14  examination fees had already been paid by the California Department of Rehabilitation.  By failing to provide an

15  examination registration system which is equally as effective for plaintiff as it is for examinees without disabilities

16  and which is adapted to the circumstances of a person, like plaintiff, who has a disability and whose examination fee

17  was previously paid by a third-party source, defendant is in violation of the ADA and should be ordered to admit

18  plaintiff to the July bar examination.

19       10.     Plaintiff timely performed all duties required of her by the defendant and by the method specified by

20  the defendant to ensure her registration for the July Bar Exam.  To plaintiff's great damage, however, the defendant's

21  system was not adapted to accept her examination application without paying the examination fee twice, and neither

22  did defendant provide plaintiff with any information on submitting her examination application by alternative

23  means.  Instead, defendant behaved as if plaintiff was registered for the July Bar Exam and continued to

24  communicate with plaintiff regarding the specifics of her disability accommodations and refund of a laptop fee

25  plaintiff had paid which was unnecessarily charged.

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT
INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990**

1    11.    On or about the first week of June 2009, plaintiff telephoned Ms. Keisha Johnson, the

2    representative of the defendant who was handling plaintiff's disability accommodations, several times to inquire as

3    to why plaintiff had not received final confirmation of the specifics of her disability accommodations. Ms. Johnson

4    did not return plaintiff's telephone calls. On July 14, Ms. Johnson returned another of plaintiff's telephone calls and

5    explained that the reason plaintiff's final agreement letter regarding agreed-upon disability accommodations had not

6    gone out was because Ms. Johnson had not received confirmation of plaintiff's registration for the July Bar Exam.

7    12.    Despite objections from plaintiff and her representatives, the State Bar of California has unreasonably

8    determined that plaintiff failed to timely register and cannot take the July, 2009 California Bar Exam.

9                                FIRST CLAIM FOR RELIEF

10              (VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990)

11    13.    Plaintiff reincorporates by reference herein the allegations of paragraphs 1 - 12 above.

12    14.    In 1990 the United States Congress enacted the Americans With Disabilities Act ("ADA"), 42

13    USC § 12101, et. seq., finding that laws were needed to more fully protect "some 43 million Americans [with] one

14    or more physical or mental disabilities"; that "historically society has tended to isolate and segregate individuals

15    with disabilities"; that such forms of discrimination against individuals with disabilities continue to be a serious and

16    pervasive social problem"; that "the Nation's proper goals regarding individuals with disabilities are to assure

17    equality of opportunity, full participation, independent living and economic self sufficiency for such individuals";

18    and that "the continuing existence of unfair and unnecessary discrimination and prejudice denies people with

19    disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society

20    is justifiably famous." 42 USC § 12101(b).

21    15.    It is the purpose of the ADA: (1) to provide a clear and comprehensive national mandate for the

22    elimination of discrimination against individuals with disabilities; (2) to provide clear, strong, consistent,

23    enforceable standards addressing discrimination against individuals with disabilities; (3) to ensure that the Federal

24    government plays a central role in enforcing the standards established in this act on behalf of individuals with

25    disabilities; and (4) to invoke the sweep of Congressional authority, including the power to enforce the 14th

COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT
INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990
- 4 -

1  Amendment and to regulate commerce, in order to address the major areas of discrimination faced day to day by

2  people with disabilities (emphasis added).

3      16.    As an entity offering an examination for professional licensure, the State Bar of California is

4  subject to the requirements of the ADA. 42 USC §12189 and 28 CFR § 36.309. This requires, inter alia, that

5  examinations be offered in a place and manner accessible to persons with disabilities. Id. Private entities that

6  administer such examinations are required to provide reasonable modifications to the examination and appropriate

7  auxiliary aids and services (i.e. testing accommodations) for persons with disabilities to ensure that the examination

8  results accurately reflect the individual's aptitude or achievement level rather than reflecting the individual's

9  impaired physical condition. Id. These required modifications and adaptations must include an examination

10  registration system, which accepts registrations submitted by individuals with disabilities whose circumstances

11  differ from those of registrants without disabilities. This defendant failed to do resulting in plaintiff's exclusion from

12  the July administration of the bar examination.

13      17.    Plaintiff is a person for purposes of 42 USC § 12188(a) of the ADA who is being subjected to

14  discrimination on the basis of disability in violation of Title III.

15      18.    The acts and omissions of defendant set forth herein were in violation of Plaintiff's rights under

16  the ADA to receive reasonable accommodation. The acts of the State Bar of California have proximately caused and

17  will continue to cause irreparable injury to plaintiff if not enjoined by this Court.

18      19.    The actions of The State Bar of California have and/or will cause plaintiff to suffer compensatory

19  damages, including but not limited to emotional distress and economic damages.

20      20.    Plaintiff is entitled to the remedies set forth in 42 USC §12188 and 42 USC § 2000(a) 3 (a), and

21  pursuant to Federal Regulations adopted to implement the ADA, including, but not limited to, injunctive relief,

22  compensatory damages, and attorneys' fees and costs.

23      21.    The above-described actions of defendant were willful, malicious and oppressive. Defendant

24  refused to resolve this matter administratively and forced Plaintiff to file this action in Pro Se to protect her rights

25

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990**

1   within seven days from their notice, a time that was too short for counsel to get on board.  Plaintiff is entitled to an

2   award of punitive damages against the State Bar of California.

3

4                                                    PRAYER

5   Wherefore plaintiff prays for relief as follows:

6          1.          The court issue a temporary, preliminary, and permanent injunction directing the State Bar of

7   California to allow plaintiff to take the Bar Examination beginning on July 28, 2009, and continuing thereafter, in

8   Sacramento, California, with all agreed-upon disability accommodations and not to retaliate against plaintiff for

9   having brought this action when she takes the Bar Examination or in any other respect;

10         2.          Compensatory damages according to proof;

11         3.          Punitive damages;

12         4.          Reasonable attorneys fees, litigation expenses, and costs as provided by law; and

13         5           Such other and further relief as this Court may deem just and proper.

14

15  DATED:  7/21/07

16  By:

17                                          Sara M. Granda

18

19                                  REQUEST FOR JURY TRIAL

20

21  Plaintiff hereby demands a trial by jury of all claims and issues.

22

23  DATED:  7/21/07

24  By:

25                                          Sara M. Granda

COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT
INJUNCTION AND DAMAGES: VIOLATION OF TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990
                                                - 6 -