UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA M. GRANDA,  No. 2:09-cv-02015-JAM-KJM PS

     Plaintiff,

  v.  MEMORANDUM AND ORDER

STATE BAR OF CALIFORNIA,

     Defendant.

----oo0oo----

This Court is in receipt of Plaintiff's Ex Parte Application for Temporary Restraining Order.  Hearing on this Application is hereby scheduled at 2:00 p.m. on Friday, July 24, 2009, in Courtroom 7 before Judge Morrison C. England, Jr.  Any Opposition to Plaintiff's Application shall be electronically filed not later than 3:00 p.m. (PDT).  A failure to file such Opposition will be deemed consent to the granting of Plaintiff's request. Additionally, the Court reserves the right to rule on the Application without further hearing.

IT IS SO ORDERED.

Dated: July 22, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1