UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA M. GRANDA,                          No. 2:09-cv-02015-JAM-KJM PS

     Plaintiff,

  v.                                    MEMORANDUM AND ORDER

STATE BAR OF CALIFORNIA,

     Defendant.

----oo0oo----

The Court's Order filed at Docket No. 7 is hereby amended, *nunc pro tunc*, at lines 17-19 to read as follows: Any Opposition to Plaintiff's Application shall be electronically filed not later than 3:00 p.m. (PDT) on Thursday, July 23, 2009.

IT IS SO ORDERED.

Dated: July 22, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1