UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SARA M. GRANDA,

        Plaintiff,

   v.

STATE BAR OF CALIFORNIA,

        Defendant.

No. 2:09-cv-02015-JAM-KJM PS

MEMORANDUM AND ORDER

    The Court is aware of the time-sensitive nature of Plaintiff's Application for Temporary Restraining Order. Accordingly, to allow Plaintiff the opportunity to timely pursue her requested relief through other channels, the Court now issues this preliminary order DENYING Plaintiff's Application (Docket No. 4). The hearing scheduled for 2:00 p.m. today, July 24, 2009, is hereby vacated. A more detailed order denying the Application will follow.

    IT IS SO ORDERED.

Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1