UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA M. GRANDA,                              No. 2:09-cv-02015-JAM-KJM PS

    Plaintiff,

  v.                                         MEMORANDUM AND ORDER

STATE BAR OF CALIFORNIA,

    Defendant.

----oo0oo----

The Court is in receipt of Plaintiff's Motion for Reconsideration and reiterates that it lacks jurisdiction over Plaintiff's request to compel the State Bar of California to allow her to take the July 2009 Bar Exam and to certify her results. As incredibly sympathetic as this Court is to Plaintiff's position, the Court simply lacks the power to grant her requested relief, and Plaintiff's Motion (Docket No. 18) is DENIED.

///

///

///

1

1    Tragically, at this late date and time that Plaintiff's
2 options are severely limited.  Although this Court cannot and
3 does not give legal advice, it would seem that in light of the
4 State Bar's refusal to allow her to take the Bar Exam,
5 Plaintiff's best option at this point is to file some form of
6 emergency application with the California Supreme Court.
7    IT IS SO ORDERED.
8  Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE