UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA M. GRANDA,                           No. 2:09-cv-02015-JAM-KJM PS

      Plaintiff,

  v.                                      **CASE REASSIGNMENT ORDER**

STATE BAR OF CALIFORNIA,

      Defendant.
_____/

    Due to the unavailability of the undersigned, United States District Judge Morrison C. England, Jr., was available to hear a Motion for Temporary Restraining Order in the above captioned civil case.  Judge England has indicated he is willing to preside over this case in its entirety.  For the stated reason, I request that this case be reassigned to Judge England pursuant to Local Rule, Appendix A(f)(1).

DATED: August 5, 2009

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                  United States District Judge

I accept this reassignment.  If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominate CIV.S-09-2015 MCE KJM PS.

Dated: August 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

The reassignment of this case to the Honorable Morrison C. England, Jr. is approved.  The Clerk of the Court shall make the appropriate adjustments in the assignment of the civil case to reflect this reassignment.

IT IS SO ORDERED.

**Dated:   August 5, 2009**               _____/s/ Anthony W. Ishii_____
                                          CHIEF UNITED STATES DISTRICT JUDGE

2