UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA M. GRANDA,                          No. 2:09-cv-02015-MCE-KJM PS

    Plaintiff,

  v.                                     MEMORANDUM AND ORDER

STATE BAR OF CALIFORNIA,

    Defendant.

----oo0oo----

The Court previously denied Plaintiff's Application for Temporary Restraining Order via a preliminary order, which was electronically filed on July 24, 2009. By way of its Opposition to Plaintiff's Application, Defendant State Bar of California contends, *inter alia*, that this Court lacks subject matter jurisdiction over Plaintiff's Complaint. This Court (with some reluctance) must agree. See Craig v. State Bar of Cal., 141 F.3d 1353, 1354 (9th Cir. 1998).

///
///
///

1

Accordingly, Plaintiff's Application (Docket No. 4) is DENIED, and this case is dismissed without prejudice for lack of jurisdiction. The Clerk of the Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: August 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2